335 S.E.2d 13 (1985)
314 N.C. 331
R. Marie SIDES
v.
DUKE UNIVERSITY, Gloria Farmer, Merel Harmel, and John Miller.
No. 320P85.
Supreme Court of North Carolina.
August 13, 1985.
Powe, Porter & Alphin, Durham, for defendant Duke University.
Edelstein, Payne & Jordan, Raleigh, for plaintiff.
Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, for defendants Merel Harmel and John Miller.
Defendant's (Duke University) petition for discretionary review under G.S. § 7A-31. Denied.